PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE MANUEL CORONA AGUILAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br><br>JOSE MANUEL CORONA AGUILAR,<br>　　　　Defendant. | CASE NO. 1:10-cr-00419-LJO<br><br>STIPULATION [PROPOSED ORDER] TO CONTINUE SENTENCING DATE |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Kathleen Servatius, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Manuel Corona Aguilar, that the sentencing date scheduled for December 12, 2011, at 1:00 p.m. be vacated and the sentencing date be continued to this court's calendar on January 17, 2012 at 1:00 p.m. Good cause to continue is due to Mr. Martinez currently in a murder trial in Santa Clara County Superior Court scheduled to continue for three weeks.

　　　　The court is advised that counsel have conferred about this request that they have agreed to the court date of January 17, 2012 and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including January 17, 2012.

Respectfully Submitted,

Dated: December 6, 2011
/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
JOSE CORONA AGUILAR

Dated: December 6, 2011
/s/ Kathleen A. Servatius
Kathleen A. Servatius
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, the current December 12, 2011 sentencing date is hereby vacated and reset to January 17, 2012.

IT IS SO ORDERED.

Dated: **December 6, 2011**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE