Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  CESAR ADOLFO QUINONEZ-RODRIQUEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10CR00419 LJO |
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| CESAR ADOLFO QUINONEZ-RODRIQUEZ, | ) | Original Date:   May 21, 1012 |
| | ) | Requested Date:   June 11, 2012 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing in the above entitled  case be continued from the original date of May 21, 2012 at 8:30 am to a new date of June 11, 2012 at 8:30 am. The basis for this stipulation is there is an extraordinary amount of objections and responses to those objections that require a search of the discovery, including several dozens of tape recorded phone calls in

Stipulation to continue sentencing hearing
United States of America v. Cesar Rodriquez-Quinonez
Page 1

order to properly prepare this matter for the sentencing of this defendant and to ensure that the sentence options are explored and prepared for the court.

DATED: May 16, 2012

          /s/
KATHLEEN A. SERVATIUS
AUSA


          /s/
STEVEN L. CRAWFORD
Attorney for CESAR ADOLFO RODRIQUEZ-QUINONEZ

IT IS SO ORDERED.

Dated: **May 16, 2012**        **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

Stipulation to continue sentencing hearing
United States of America v. Cesar Rodriquez-Quinonez
Page 2