```
 1  KATHERINE HART #76715
    Law Offices of Katherine Hart
 2  2055 San Joaquin Street
    Fresno, CA  93721
 3  Tel: (559) 256-9800
    Fax: (559) 256-9798
 4

 5  Attorney for Defendant,
    ROBERTO MARTIN MENDOZA-BALLARDO
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CR. No. 1:10-cr-0419 LJO
                                     )
12        Plaintiff,                 )
                                     )
13                                   )   NOTICE OF APPEAL,
        vs.                          )   REQUEST FOR WAIVER
14                                   )   OF FILING FEE ON
                                     )   APPEAL AS DEFENDANT
15  ROBERTO MARTIN MENDOZA-          )   IS INDIGENT;
    BALLARDO,                        )   ORDER FOR
16                                   )   WAIVER OF FILING FEE
                                     )   ON APPEAL
17        Defendant.                 )
                                     )
18
```

Defendant ROBERTO MARTIN MENDOZA-BALLARDO, through his attorney KATHERINE HART, hereby files a NOTICE OF APPEAL to the Ninth Circuit Court of Appeals from the judgment and commitment issued July 12, 2012. Defendant was represented by CJA (Criminal Justice Act ) counsel at the district court level, and counsel on appeal has been appointed by the district court for the appeal; therefore defendant/appellant requests that he be relieved from the requirement of paying filing fees on appeal.

1

Dated: July 16, 2012                /s/Katherine Hart
                                    KATHERINE HART. Attorney at Law


Dated: July 16, 2012                /s/Robert Martin Mendoza-Ballardo
                                    ROBERT MARTIN MENDOZA-BALLARDO, Defendant and Appellant.

## ORDER

CJA (Criminal Justice Act) counsel having been appointed to represent defendant ROBERT MARTIN MENDOZA-BALLARDO on appeal, it is hereby ordered that filing fees and costs for the appeal are hereby waived.

IT IS SO ORDERED.

**Dated:   July 16, 2012**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE